UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

WESLEY DALTON,

    Plaintiff,

v.                                                            Case No. 6:19-cv-300-Orl-37LRH

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.

## ORDER

Plaintiff seeks review of the Commissioner of Social Security's ("**Commissioner**") decision to deny his disability benefits. (Doc. 1.) On referral, United States Magistrate Judge Leslie R. Hoffman recommends reversing the Commissioner's final decision and remanding the case for further proceedings because the Administrative Law Judge erred by not articulating a good cause reason to reject a treating physician's opinion. (Doc. 17 ("**R&R**").)

No party objected to the R&R, and the time for doing so has now passed. Absent objections, the Court has examined the R&R only for clear error. *See Wiand v. Wells Fargo Bank, N.A.*, No. 8:12-cv-557-T-27EAJ, 2016 WL 355490, at *1 (M.D. Fla. Jan. 28, 2016); *see also Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006). Finding no clear error, the R&R is due to be adopted in its entirety.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. U.S. Magistrate Judge Leslie R. Hoffman's Report and Recommendation (Doc. 17) is **ADOPTED, CONFIRMED**, and made a part of this Order.

2. The Commissioner's final decision is **REVERSED AND REMANDED** to the Commissioner for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

3. The Clerk is **DIRECTED** to enter judgment in favor of Plaintiff Wesley Dalton and against Defendant Commissioner of Social Security and to close this case.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on January 6, 2020.



ROY B. DALTON JR.
United States District Judge

Copies to:
Counsel of Record